NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Lindy F. Bradley, Esq. (SBN. 207533)
Mellania E. Safarian, Esq. (SBN. 313100)
BRADLEY, GMELICH & WELLERSTEIN, LLP
700 N. Brand Blvd., 10th Floor
Glendale, CA 91203
T: (818) 243-5200; F: (818) 243-5266
lbradley@bgwlawyes.com; msafarian@bgwlawyers.com

ATTORNEY(S) FOR: Defendant, SF MARKETS, LLC, etc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARASHEBEN,<br><br>Plaintiff(s),<br>v.<br><br>SF MARKETS, LLC<br>(Erroneously sued and served as SPROUTS FARMERS MARKET, LLC)<br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   SF MARKETS, LLC (Erroneously sued and served as SPROUTS FARMERS MARKET, LLC)   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| SF MARKETS, LLC (Erroneously sued and served as SPROUTS FARMERS MARKET, LLC) | Party Defendant |
| TERESA ARASHEBEN | Party Plaintiff |

November 22, 2023                            /s/ *Lindy F. Bradley*

Date                                         Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, SPROUTS FARMERS MARKET, LLC

# PROOF OF SERVICE

### Teresa Arasheben vs. SF Markets, LLC, et al.
### Case No. 23CHCV02681

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 North Brand Boulevard, 10th Floor, Glendale, CA 91203-1202.

On November 22, 2023, I served true copies of the following document(s) described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action as follows:

Samuel Dordulian, Esq.
Alex Valenzuela, Esq.
Natalee Fisher, Esq.
Dordulian Law Group, APC
550 North Brand Boulevard, Suite 1990
Glendale, CA 91203
Telephone: 818-788-4919
Facsimile: 818-484-2011
E-Mail: sdordulian@dlawgroup.com
E-Mail: avalenzuela@dlawgroup.com
E-Mail: nfisher@dlawgroup.com
***Attorneys for Plaintiff, TERESA ARASHEBEN***

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address kdeanda@bgwlawyers.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 22, 2023, at Glendale, California.

/s/ *Karla Moreno De Anda*
Karla Moreno De Anda