UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA ARASHEBEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SPROUTS FARMERS MARKET, LLC, WORLD VARIETY PRODUCE, INC., and DOES 1 to 50 inclusive,<br><br>　　　　　Defendants. | Case No.: **2:23-CV-09920-AB-PDx**<br>[*Los Angeles County Case No.: 23CHCV02681*]<br><br>[Assigned to District Judge André Birotte Jr.]<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO REMAND CASE TO STATE COURT** |

　　　　The Court, having read and considered the parties' Stipulation to Remand, hereby ORDERS as follows:

　　　　1.　　Pursuant to the parties' Stipulation, because complete diversity does not, this Court does not have subject matter jurisdiction and the matter is hereby REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No.: 23CHCV02681.  This Order shall be accorded full force and effect in the Superior Court of the State of California, County of Los Angeles, Case No.: 23CHCV02681.

- 1 -

- 2 -

2. All pending dates in the Federal action are hereby vacated.

**IT IS SO ORDERED.**

Dated: September 23, 2024

_____
Hon. André Birotte Jr.
United States District Judge